# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**-vs-**                                                  Case No. 6:09-cv-452-Orl-31GJK

**TODD GORDON,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on Motion for Default Judgment (Doc. No. 8) filed April 20, 2009.

On May 4, 2009, the United States Magistrate Judge issued a report (Doc. No. 9) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Judgment is **GRANTED**. The clerk is directed to enter judgment on behalf of the Plaintiff, United States of America, against the Defendant, Todd Gordon, in the amount of $6,302.37 plus interest in the amount of 8% per annum ($.58 per diem) on the principal amount from April 17, 2009 through the date of the judgment. Plaintiff shall be awarded post-judgment interest at the rate allowed by law.

3. The clerk is directed to serve a certified copy of this order on the Defendant Todd Gordon at 610 Mission Drive, New Smyrna Beach, FL 32168 and thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 11th day of June, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE